DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ABBEY ROAD PLAZA, LLC, ANTHONY L. GRAHAM** and **ROSS F. PERSON,**
Appellants,

v.

**MAIDA VALE, INC.,**
Appellee.

Nos. 4D16-2882 and 4D17-826

[March 22, 2018]

Consolidated appeals and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser and Janis Keyser, Judges; L.T. Case No. 50-2012-CA-007504-XXXX-MB.

S. Brian Bull, John M. Jorgensen and Derek M. Jorgensen of Scott, Harris, Bryan, Barra & Jorgensen, P.A., Palm Beach Gardens, for appellants.

Julie H. Littky-Rubin of Clark, Fountain, La Vista, Prather, Keen & Littky-Rubin, LLP, West Palm Beach; and Scott W. Zappolo of Zappolo & Farwell, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***